UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD KEITH DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:12-CV-2175-B |
| | § | |
| JUDGE TOM FULLER, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings and Recommendation of the United States Magistrate Judge, filed October 3, 2012, and after conducting a *de novo* review of those parts of the Findings and Recommendation to which objections have been made, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings of the Court.

SIGNED October 26, 2012

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE